UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA STALEY,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>CAPITAL MANAGEMENT<br>SERVICES, L.P.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-1502 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 6.) |

　　　Plaintiff's counsel has filed a notice of settlement.  Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later than November 10, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action should not be closed.

　　　This Court VACATES all pending dates and matters, including the December 20, 2011 scheduling conference.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:　　October 6, 2011**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE