1

2

3

4

5

6                     **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   DANA STALEY,                              CASE NO. CV F 11-1502 LJO SKO

10                  Plaintiff,                ORDER TO SHOW CAUSE WHY SANCTIONS
                                              SHOULD NOT BE IMPOSED FOR FAILURE TO
11        vs.                                 DISMISS ACTION

12  CAPITAL MANAGEMENT SERVICES,
    L.P.,
13
                    Defendant.
14  _____/

15

16        On October 5, 2011, plaintiff filed a notice of settlement.  This Court's October 6, 2011 order

17  required plaintiff, no later than November 10, 2011, to file appropriate papers to dismiss or conclude this

18  action, or to show cause why this action should not be closed.  Plaintiff has failed to file papers to

19  comply with the October 6, 2011 order.  This Court's Local Rule 11-110 provides that failure to comply

20  with an order of this Court "may be grounds for imposition by the Court of any and all sanctions

21  authorized by statute or Rule or within the inherent power of the Court."

22        Accordingly, this Court ORDERS plaintiff, no later than November 21, 2011, to file papers to

23  show cause why sanctions, including dismissal of this action with or without prejudice and monetary

24  sanctions against counsel and/or the parties, should not be imposed for failure to comply with the

25  October 6, 2011 order.  This order to show cause will be discharged if, no later than November 21, 2011,

26  papers are filed to dismiss this action in its entirety.

27        IT IS SO ORDERED.

28  **Dated:   November 14, 2011            /s/ Lawrence J. O'Neill**

                                        1

1

UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28