IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA STALEY,<br><br>                Plaintiff,<br><br>   vs.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.,<br><br>                Defendant. | CASE NO. CV F 11-1502 LJO SKO<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 9.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

    1.    DISMISSES this action with prejudice;

    2.    VACATES all pending matters and dates; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**   **November 18, 2011**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE