# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA STALEY, | CASE NO. CV F 11-1502 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 9.) |
| vs. | |
| CAPITAL MANAGEMENT SERVICES, L.P., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 18, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1